ANTHONY W. THOMAS, IN PRO PER
2425 W. Via Bello Drive
Rialto, CA 92377

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. THOMAS, IN PRO PER | ) Case No.: CV 05-01512 R (MCx) |
| Plaintiff, | ) DISMISSAl by Plaintiff |
| -vs- | ) |
| MOLINA HEALTHCARE, INC., MOLINA HEALTHCARE OF CALIFORNIA MARY CASTANEDA, DOES 1 TO 50, | ) |
| Defendant | ) |

PLAINTIFF'S MOTION TO DISMISS Plaintiff Anthony W. Thomas, In Pro Per, hereby Moves, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss without prejudice the above-captioned matter with respect to defendants Molina Healthcare, Inc., Molina Healthcare of California, Mary Castaneda, Does 1-50.

Dated this 21st day of March, 2005.

Anthony W. Thomas,
In Pro Per
2425 W. Via Bello Dr.
Rialto, CA 92377
909-854-7730

I certify that a copy of the foregoing Motion to Dismiss was sent by first Class mail, postage prepaid this 21st day of March, 2005, to the following:

All Defendants of Record

Wilke, Fleury, Hoffelt, Gould, & Birney,
Kelli M. Kennaday 400 Capitol Mall, Twenty-Second Floor,
Sacramento, CA 95814

March 21, 2005      Anthony W. Thomas, In Pro Per

MOTION TO DISMISS

ANTHONY W. THOMAS, IN PRO PER
2425 W. Via Bello Drive
Rialto, CA  92377

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. THOMAS, IN PRO PER | Case No.: CV 05-01512 R (MCx) |
| Plaintiff, | PROOF OF SERVICE BY MAIL |
| vs. | |
| MOLINA HEALTHCARE, INC., MOLINA HEALTHCARE OF CALIFORNIA MARY CASTANEDA, DOES 1 TO 50, | |
| Defendant | |

I, Helen Thomas, declare:

I am over the age of eighteen (18) years and not a party to the within action. My contact address is 2425 W. Via Bello Drive, Rialto, CA  92377.

On March 21, 2005 I served the Motion to Dismiss on the following persons by placing a true copy thereof enclosed in a sealed envelope as shown below and by placing the envelope for collection and mailing on the date and at the place shown. I am readily familiar with the business practices for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing at Rialto, California, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid as follows:

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP,

KELLI M. KENNADAY (SBN 155153)

PROOF OF SERVICE BY MAIL

1  DANIEL L. BAXTER (SBN 203862)

2  400 Capitol Mall, Twenty-Second Floor,

3  Sacramento, CA  95814

4  I declare under penalty of perjury under the laws of the State of

5  California that the foregoing is true and correct. Executed on March 21,

6  2005, at Rialto, California

7

8  Helen Thomas

PROOF OF SERVICE BY MAIL